IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL LEE MARSHALL,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | **CASE NO. 7:06-CV-35 (HL)** |
| : | |
| **RENAE KELLY, et al,** : | |
| : | |
| Defendants : | |

### ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 5) filed May 22, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the plaintiff to the Magistrate Judge's Recommendation (Doc. 9) filed May 31, 2006 have also been read and thoroughly considered and are found to be without merit.

**SO ORDERED,** this the 1st day of June, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**