IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL LEE MARSHALL,** :<br>:<br>Plaintiff, :<br>:<br>VS. :<br>:<br>**RENAE KELLY, and TERRY POOLE,** :<br>:<br>Defendants. : | CIVIL ACTION FILE<br>NO. 7:06-CV-35 (HL) |

**O R D E R**

Defendants herein have filed a motion to dismiss plaintiff's § 1983 complaint or in the alternative for a motion to compel and motion for sanctions predicated upon plaintiff's failure to give his deposition subsequent to notice. The plaintiff is hereby given the opportunity to respond to the Defendants' motion to dismiss pursuant to the dictates of the following notice:

Since plaintiff is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Plaintiff is advised that:

(1) a MOTION TO DISMISS has been filed herein by the Defendants;

(2) plaintiff has the right to oppose the granting of said motion; and

(3) if plaintiff fails to oppose said motion, his complaint may be dismissed.

Plaintiff is further advised that under the procedures and policies of this court, motions to dismiss are normally decided on briefs. The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PETITIONER HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF SAID MOTION**. Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motion to dismiss. <u>There would be no trial or further proceedings</u> herein.

Accordingly, the petitioner is hereby given notice of his right to file a response to said motion to dismiss **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER.** Thereafter, the court will consider the motion and any opposition to same filed by the petitioner

**SO ORDERED**, this 17th day of May 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE