**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **MICHAEL LEE MARSHALL,** | : |
| Plaintiff | : |
| v. | : CASE NO. 7:06-CV-35 (HL) |
| **RENAE KELLY and TERRY POOLE,** | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 21) filed July 12, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 14th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**